IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLAN T. GILMORE,

        Plaintiff,                No. CIV S-11-0743 WBS CKD P

   vs.

STATE OF CALIFORNIA, et al.,

        Defendants.          <u>ORDER</u>

_____/

        This matter has been referred to this court by the Clerk of the United States Court of Appeals for the Ninth Circuit for a determination of whether forma pauperis status should continue for plaintiff on his appeal from this court's Judgment of December 23, 2011. Revocation of forma pauperis status is appropriate where the district court finds the appeal to be frivolous. <u>Hooker v. American Airlines</u>, 302 F.3d 1091, 1092 (9th Cir. 2002). As should be clear from this court's Order, entered December 23, 2011, it has already found plaintiff's claim to be legally frivolous. In her findings and recommendations, filed October 20, 2011, the Magistrate Judge found plaintiff's claim to be legally frivolous, and this court adopted those findings and recommendations in full in its Order of December 23, 2011. For the reasons stated, this court finds plaintiff's appeal also to be legally frivolous.

///

1    IT IS THEREFORE ORDERED that plaintiff's forma pauperis status be revoked
2 on appeal.
3 DATED: January 18, 2012

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE